IN RE P.F.

[Cite as *In re P.F.*, 121 Ohio St.3d 360, 2009-Ohio-1518.]

*Judgment of the court of appeals reversed on the authority of In re L.A.B. and cause remanded to the trial court for further proceedings consistent with In re L.A.B.*

(No. 2008-1195 — Submitted February 18, 2009 — Decided April 7, 2009.)

APPEAL from the Court of Appeals for Lorain County,

No. 07CA009243, 2008-Ohio-2105.

_____

{¶ 1}  The judgment of the court of appeals is reversed on the authority of *In re L.A.B.*, 121 Ohio St.3d 112, 2009-Ohio-354, 902 N.E.2d 471, and the cause is remanded to the trial court for further proceedings consistent with *In re L.A.B.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Dennis P. Will, Lorain County Prosecuting Attorney, and Billie Jo Belcher and Christopher J. Pierre, Assistant Prosecuting Attorneys, for appellee, state of Ohio.

Robert Cabrera, for appellant, P.F.

_____